IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

LORENZO HARRISON                     *

    Plaintiff                        *

v.                                   *        Case No. 1:25-cv-00877

LLOYD J. AUSTIN III, SECRETARY  *
DEPARTMENT OF DEFENSE
                                     *
    Defendant.                       *

                          *

*    *    *    *    *    *    *    *    *    *    *    *    *

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.1(g), undersigned counsel respectfully moves for leave of Court to withdraw as counsel of record for Plaintiff, Lorenzo Harrison, and in support states as follows:

1. Subsequent to a court Order dated May 5, 2025, Plaintiff's venue was transferred from the United States District Court for the District of Maryland to the United States District Court for the Eastern District of Virginia.

2. No attorney currently a member of or employed by Quinn Patton, LC is currently barred within the Commonwealth of Virginia or within the U.S. Eastern District of Virginia. Neither Partner Donald Quinn nor Partner Katherine Patton is aware of a member of the bar of this Court who could support their admission under Local Rule 83.1(c) for general admission nor under 83.1(e) for *pro hac vice* admission.

1

3. Local Civil Rule 83.1(i) expressly prohibits practice before this Court prior to or without proper admission to the bar of this Court.

4. Given these admission constraints, Quinn Patton LC cannot continue to represent the Plaintiff before this Court while in compliance with the Local Rules of this Court.

5. Plaintiff was advised via email on May 8, 2025 of the transfer to this Court and the Firm's need to withdraw due to the bar admission status.

6. Plaintiff was aware of Quinn Patton LC's bar admission status in the Commonwealth for several years; the May 8, 2025 email reiterated this clearly. Quinn Patton LC also confirmed this via letter sent by First Class mail on June 16, 2025 to the Plaintiff's home address.

7. Opposing counsel has been made aware of these circumstances and is on notice of the undersigned counsel's intent to withdraw from representation in this matter.

8. Plaintiff has not yet retained substitute counsel.

9. Undersigned counsel has advised Plaintiff in writing of all forthcoming deadlines in this matter, including the upcoming June 30, 2025 deadline by which the agency is expected to file its Renewed Motion to Dismiss for Failure to State a Claim. Plaintiff has been advised that he must secure new counsel.

2

10. This request is made in good faith and not for purposes of delay. Undersigned counsel will cooperate fully in transferring the case file to Plaintiff or any successor counsel promptly upon entry of an order granting this motion. Additionally,

11. A copy of this Motion has been served upon Plaintiff contemporaneously with its filing, as reflected in the attached Certificate of Service.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that the Court grant leave to withdraw as attorney of record for Plaintiff Lorenzo Harrison.

Dated: 06/26/2025

Respectfully Submitted,

/s/ Katherine Patton
Katherine Patton
Maryland Fed. Bar No. 30693
Severna Park, Maryland 21146
(443) 247-5444
KatPatton@quinnpatton.com
*Attorney for the Plaintiff*

3

## CERTIFICATE OF SERVICE

I HEREBY certify, on this 26th day of June 2025, the foregoing was served by First Class Mail to the U.S. District Court of the Eastern District of Virginia and via email to:

Judge's Chambers via Email (Intentionally Redacted for Privacy)

> Hon. Judge Alston, Jr.
> 401 Courthouse Square
> Alexandria, VA 22314
> loharris1@hotmail.com

Plaintiff Lorenzo Harrison via Email and to:

> 2103 Iverson St.
> Temple Hills, MD 20748
> loharris1@hotmail.com

Defendant's Counsel:

> Meg Loftus
> Assistant United States Attorney
> United States Attorney's Office, Eastern District of Virginia
> Justin W. Williams U.S. Attorney's Building
> 2100 Jamieson Avenue
> Alexandria, Virginia 22314
> Meghan.Loftus@usdoj.gov

> /s/ Katherine Patton
> Katherine Patton

4