IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LORENZO HARRISON,      )
     )
     )
     Plaintiff,      )
     )
v.      )     Civil Action No. 1:25-cv-877 (RDA/IDD)
     )
LLOYD J. AUSTIN III,      )
     )
     )
     Defendant.      )
     )

## ORDER

This matter is before the Court on Katherine Patton's Motion to Withdraw as Counsel [Dkt. No. 32] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that Ms. Katherine Patton, Mr. Donald Quinn Jr., and the law firm Quinn Patton LC are hereby **WITHDRAWN** as counsel of record for Plaintiff. Plaintiff will continue to be represented in this matter by Mr. Stephen Stine, who entered appearance on behalf of Plaintiff on July 3, 2025.

ENTERED this 7th day of July 2025.

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia